UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:25-cr-13-TPB-PRL
18 U.S.C. § 1466A(b)

COREY WILKERSON

SEALED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about October 20, 2023, and on or about July 10, 2024, in the Middle District of Florida, Defendant,

COREY WILKERSON,

did knowingly possess a visual depiction of any kind, including a drawing that depicts a minor engaging in sexually explicit conduct and is obscene, to-wit: animated images of prepubescent and infant females engaged in sexually explicit conduct, and any visual depiction involved in the offense had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by a computer, and was produced using materials that had been mailed, and that had been shipped and transported in interstate and foreign commerce by any means, including by a computer.

A violation of 18 U.S.C. § 1466A(b)(1).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 1467.

2. Upon conviction of a violation of 18 U.S.C. § 1466A, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1467:

   a. Any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

3. The property to be forfeited includes, but is not limited to, the following devices that were seized by law enforcement on July 10, 2024:

   a. Black TCL Cellphone, model: Ion V; and

   b. Blue and black Samsung cellphone, model: SM-G986U.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 1467(b).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Hannah Watson
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
January 25

No. 5:25-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

COREY WILKERSON

INDICTMENT

Violations: 18 U.S.C. § 1466A(b)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of January 2025.

_____M. Taylor_____
Clerk

Bail $_____

GPO 863 525