**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                                                    **5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**
        **Defendant.**

AUSA: Hannah Watson
Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | January 27, 2025<br>1:58 pm – 2:05 pm<br>7 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

**CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT**

**INITIAL APPEARANCE**
Defendant provided with a copy of indictment.
Defendant advised of rights, charges, penalties, etc.
Defendant's oral motion to appoint counsel is GRANTED. Federal Defender appointed.

Court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**
Defendant pleads not guilty as to all charges.
Judge Barber's **PRETRIAL DISCOVERY ORDER TO ENTER.**

Defendant's oral motion for Rule 16(a) discovery and Government's oral motion for Rule 16(b) discovery; GRANTED.

Government orally moves for detention.

Defendant confirms they are seeking bond but requests a 1-day continuance.

Court GRANTS defendant's request for a continuance and schedules the Detention Hearing for January 28, 2025 at 2:30 pm.

**ORDER OF TEMPORARY DETENTION TO ENTER.**

**FILED IN OPEN COURT**:
Financial Affidavit