**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**v.**                                                                 **5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**
    **Defendant.**

AUSA: Hannah Watson
Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | January 28, 2025 2:26 pm – 2:31 pm 5 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

### CLERK'S MINUTES – STATUS CONFERENCE/MISCELLANEOUS HEARING

This hearing was set as a detention hearing.

Defense counsel addresses the court and, for the reasons stated on the record, stipulates to detention at this time and will file a motion for release at a later date.

Government responds, maintaining its position regarding the defendant's continued detention.

Court GRANTS the Government's oral motion for detention.

**ORDER OF DETENTION TO ENTER.**