**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                  **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**

        **Defendant.**

                                              /

### NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to

represent the Defendant, Corey Wilkerson, in the above-styled cause.

The Clerk is requested to enter the appearance of Christine N. Bird, Assistant

Federal Defender, as counsel for the Defendant.

DATED this 31st day of January 2025.

                                       A. Fitzgerald Hall, Esq.
                                       Federal Defender, MDFL

                                       s/ *Christine N. Bird*
                                       Christine N. Bird, Esq.
                                       Florida Bar No. 0971642
                                       Assistant Federal Defender
                                       201 S. Orange Avenue, Suite 300
                                       Orlando, Florida 32801
                                       Telephone: 352-351-9157
                                       Fax: 352-351-9162
                                       E-Mail: Christine_Bird@fd.org
                                       Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 31st day of January 2025.

s/ *Christine N. Bird*
Assistant Federal Defender