# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 5:25-cr-13-TPB-PRL**

**COREY WILKERSON**

## NOTICE OF APPEARANCE FOR ASSET FORFEITURE MATTERS

Please note the appearance of Assistant United States Attorney Jennifer M. Harrington, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Hannah Watson, on behalf of the Government.

                                   Respectfully Submitted,

                                   ROGER B. HANDBERG
                                   United States Attorney


                          By:    *s/Jennifer M. Harrington*
                                   JENNIFER M. HARRINGTON
                                   Assistant United States Attorney
                                   Florida Bar No. 0117748
                                   400 W. Washington Street, Suite 3100
                                   Orlando, Florida 32801
                                   Telephone: (407) 648-7500
                                   Facsimile: (407) 648-7643
                                   Email: Jennifer.Harrington2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

> *s/Jennifer M. Harrington*
> JENNIFER M. HARRINGTON
> Assistant United States Attorney