**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No.5:25-cr-15-TPB-PRL**

**COREY LEE WILKERSON**

_____ /

**<u>AMENDED MOTION FOR REASONABLE CONDITIONS OF PRETRIAL
RELEASE
AND REQUEST FOR A BOND HEARING</u>**

COMES NOW the Defendant, COREY LEE WILKERSON, pursuant to 18
U.S.C. §§3142(e) and (f), and moves this Court to set a hearing, and thereafter to
enter an order setting reasonable conditions of release for Mr. Wilkerson. As grounds
in support of this motion, Mr. Wilkerson states:

1. On January 27, 2025, Mr. Wilkerson made his initial appearance in this
court following his arrest pursuant to an indictment charging a violation of Title 18
U.S.C. § 1466A(b) which prohibits the possession of "visual depictions of any kind,
including a drawing that depicts a minor engaging in sexually explicit conduct." The
offense conduct does not involve actual minor children.

2.   At the time of his initial appearance, the Government made a motion to
detain Mr. Wilkerson, pursuant to 18 U.S.C. § 3142, alleging that he was a flight
risk and that he presented a danger the community.

3.      At the time of the hearing, pre-trial services presented a report that indicated that Mr. Wilkerson had one prior arrest for Grand Theft and Uttering a Forged instrument for which Mr. Wilkerson is on pre-trial diversion.

4.      However, on the day of his arrest, Mr. Wilkerson had been living in a tent on his father's property and his father possessed firearms that he would not remove from the property. As a result, the matter of detention was deferred.

5.      Mr. Wilkerson is now requesting a bond hearing and intends to argue that his mother, who resides in Illinois can provide Mr. Wilkerson with a stable home, and, if required, is willing to act as a third-party custodian.

6.      In addition, Mr. Wilkerson intends to argue that he does not present a threat to the community as the offense with which he is charged did not involve actual minor children but involve drawings (anime) and virtual images.

## **MEMORANDUM OF LAW**

The Bail Reform Act identifies a number of offenses as crimes that create a presumption of detention pending trial. The Defendant in the instant case is alleged to have violated Title 18 U.S.C. §1466A(b), which is described above. This offense does not carry a presumption under 18 U.S.C. §3142(f) as it is not an enumerated offense, nor does it meet any other criteria for detention. Further, Mr. Wilkerson does not have the requisite criminal history necessary to create a legal presumption that he is a danger to the community or a flight risk under18 U.S.C. §3142 (f)(1).

The defendant requests a hearing to present evidence that he is not a risk of flight nor is he a danger to the community and should be released to live with his mother pending disposition of this case.

Wherefore, Mr. Wilkerson respectfully requests that this Court set a bond hearing and, thereafter, grant pre-trial release with reasonable conditions in the above matter.

DATED this the 5th day of February of 2025.

Respectfully submitted,

A. FITZGERALD HALL
FEDERAL DEFENDER

*s/ Christine N. Bird*
Christine N. Bird
Florida Bar No.0971642
Assistant Federal Defender
Ocala, FL
Email: Christine_Bird@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February of 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing the United States Attorney.

*s/ Christine N. Bird*
Christine N. Bird
Assistant Federal Defender

3

Case 5:25-cr-00013-TPB-PRL    Document 19    Filed 02/05/25    Page 4 of 4 PageID 46

4