**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

**v.**                                                                              **5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**
          **Defendant.**

AUSA: Hannah Watson
Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | February 11, 2025<br>11:02 am – 11:48 am<br>46 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

### CLERK'S MINUTES – DETENTION HEARING

The defendant filed a motion for bond (*amended*). (Doc. 19)

Government maintains its position regarding the defendant's continued detention.

Discussion with defense counsel regarding pending state charge.

Government's proffer. (11:06 am – 11:16 am)

Defendant's response. (11:16 am – 11:27 am)

Defendant Witness: Lori Wilkerson (11:27 am – 11:30 am)
                              cross exam (11:30 am – 11:36 am)

The defense counsel makes additional remarks about the defendant's state charges.

Court grants the Defendant's amended motion for release on bond with conditions.

**ORDER SETTING CONDITIONS OF RELEASE TO ENTER**