AO 94 (Rev. 06/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  25-MJ-4019-RJD |
| | ) | |
| vs. | ) | **Charging District's Case Number:** |
| | ) | **25-CR-13-TPB-PRL** |
| | ) | |
| COREY WILKERSON, | ) | |
| *Defendant.* | ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the <u>Middle District of Florida.</u>   The defendant may need an interpreter for this language: <u>N/A</u>

The defendant:  ☐   will retain an attorney.

☒   is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: <u>March 10, 2025</u>

<u>s/ *Reona J. Daly*</u>

*Judge's signature*

<u>Hon. Reona J. Daly, U.S. Magistrate Judge</u>

*Printed name and title*

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | Case No.   25-MJ-4019-RJD |
| COREY WILKERSON | ) ) | |
| | ) | Charging District's Case No.    5:25CR13-TPB-PRL-1 |
| _Defendant_ | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of ~~Probation or Supervised Release~~ Bond)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*      Middle District of Florida

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑     an identity hearing and production of the judgment, warrant, and warrant application.

☐     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or  ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   3/10/25

_Corey Wilkerson_
Defendant's signature

/s/Judith A. Kuenneke
Signature of defendant's attorney

Printed name of defendant's attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>MINUTES OF INITIAL APPEARANCE ON REMOVAL</u> |
| | ) | |
| vs. | ) | CASE NO.    25-MJ-4019-RJD |
| COREY WILKERSON, | ) | |
| | ) | DATE: March 10, 2025 |
| *Defendant.* | ) | LOCATION:   Benton |

PRESENT:  HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE

DEPUTY CLERK:   Jamie Melson          REPORTER:   Saralyn Hicks Britt

COUNSEL FOR GOVERNMENT:   David Sanders, AUSA

COUNSEL FOR DEFENDANT:   Judith A. Kuenneke, AFPD, *for proceedings in this district*

[x]    Defendant appears in open court pursuant to arrest on warrant issued in the <u>Middle District of Florida.</u>

[x]    Counsel for the government and defendant are present as noted above.

[x]    Financial Affidavit filed. Request for appointment of counsel granted and Federal Public Defender appointed for proceedings in this district.

[x]    Defendant has received and reviewed a copy of the Arrest Warrant and
         [] Indictment    [ ] Information      [] Criminal Complaint
         [] Order           [x] Petition for Action on Conditions of Pretrial Release

[x]    Defendant advised of constitutional rights.

[x]    Defendant waives identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing in this district. Waiver found voluntary and counseled. Waiver accepted. Defendant is found to be the person named in the charging documents.

[x]    Defendant remanded to custody to the U.S. Marshal for transport to the charging district.

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
### CRIMINAL DOCKET FOR CASE #: 4:25-mj-04019-RJD-1

Case title: USA v. Wilkerson

Date Filed: 03/10/2025

Other court case number: 25-cr-13-TPB-PRL Middle District of Florida

Date Terminated: 03/10/2025

Assigned to: Magistrate Judge Reona J. Daly

**Defendant (1)**

**Corey Wilkerson**
*TERMINATED: 03/10/2025*

represented by **Judith A. Kuenneke**
Federal Public Defender's Office
401 W. Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: Judy_Kuenneke@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3606 - Violations of Bond

**Disposition**

**Plaintiff**

402 West Main Street
Suite 2A
Benton, IL 62812
618-435-4566
Email: david.sanders@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2025 | | Arrest of Corey Wilkerson. (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 1 | Copy of Warrant and Petition from MD/FL as to Corey Wilkerson. (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 2 | Minute Entry for proceedings held before Magistrate Judge Reona J. Daly: Initial Appearance on Removal Proceedings as to Corey Wilkerson held on 3/10/2025. Federal Public Defender appointed for proceedings in this district. Defendant waives identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing in this district. Defendant remanded to custody to the U.S. Marshal for transport to the charging district. (Court Reporter Saralyn Hicks Britt.) (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 3 | CJA 23 Financial Affidavit by Corey Wilkerson. (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 4 | WAIVER of Rule 32.1 Hearing by Corey Wilkerson. (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 5 | COMMITMENT TO ANOTHER DISTRICT issued as to Corey Wilkerson. Signed by Magistrate Judge Reona J. Daly on 3/10/2025. (jlm) (Entered: 03/10/2025) |
| 03/10/2025 | 6 | Letter from Clerk, SDIL to Clerk, MDFL. (jlm) (Entered: 03/10/2025) |



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

MONICA A. STUMP
CLERK OF COURT

TEL: 618.439.7760
FAX: 618.435.2409

OFFICE OF THE CLERK
301 WEST MAIN STREET
BENTON, ILLINOIS 62812

March 10, 2025

Clerk, U.S. District Court
Middle District of Florida
207 Northwest Second Street
Ocala, FL 34475

RE:    **USA v. Corey Wilkerson**
       **25-cr-13-TPB-PRL**
       **(SDIL: 25-MJ-4019-RJD)**

On March 10, 2025, a removal proceeding was held in the above matter before Magistrate Judge Reona J. Daly. Enclosed you will find a certified copy of the docket entries along with a copy of the Commitment to Another District.

You may access electronically filed documents in this case at our ECF/PACER web address: http://ecf.ilsd.uscourts.gov. In the event you are unable to retrieve the documents, please contact the undersigned for direct transmission. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter. Thank you.

Sincerely,

Monica A. Stump
Clerk of Court

By: s/ Jamie Melson
Courtroom Deputy to
U.S. Magistrate Judge Reona J. Daly
618-439-7754 (Direct)
Jamie_Melson@ilsd.uscourts.gov