**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                                                    **5:25-cr-13-TPB-PRL**

**COREY WILKERSON,**
        **Defendant.**

AUSA: Hannah Watson
Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | April 10, 2025 11:04 am – 11:28 am 24 minutes |
|---|---|---|---|
| DEPUTY CLERK | K. Scott/M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

**CLERK'S MINUTES – SHOW CAUSE – BOND REVIEW HEARING ON
VIOLATIONS OF PRETRIAL RELEASE**

Petition for Action on Conditions of Pretrial Release (Doc. 25). On March 10, 2025, the defendant was arrested on the warrant for the violation in the Southern District of Illinois. He was remanded to the custody of the U.S. Marshal for transport here.

The court advises the defendant of the violations alleged in the Petition.

The government orally moves to revoke the defendant's pretrial release.

Defendant's response.

The court inquires of defense counsel whether the petition is contested. Defense responds, citing that it was not a willful failure to appear.

Discussion with the parties continued, including comments by Pretrial Services Officer Megan Martin.

Court DENIES the government's *ore tenus* motion for revocation of defendant's bond for the reasons as state on the record.

**ORDER TO ENTER.**