# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v.                                           5:25-cr-13-TPB-PRL

COREY WILKERSON,
     Defendant.
_____/

## ORDER

A Petition for Action on Conditions of Pretrial Release (Doc. 25) was filed on March 6, 2025, and a warrant was issued. The defendant was arrested on March 10, 2025, in the Southern District of Illinois. He was remanded to the custody of the U.S. Marshal, and a hearing was held today. At the hearing, the government requested that the defendant's bond be revoked. The defendant, through counsel, contested the violation, citing that the failure to appear was not willful.

After hearing arguments from counsel and Pretrial Officer Megan Martin, the government's request to revoke the bond is denied at this time. The defendant will be released with the same conditions as previously imposed and (1) is ordered to comply with all conditions of his state bond, including any new conditions that are imposed or new bond that is issued, and (2) is ordered to report to pretrial services here in Ocala immediately after being released from his state custody before he returns to Illinois. All conditions of the bond remain in full effect. The defendant is advised that if any new violation occurs, he can expect to be remanded to the custody of the U.S. Marshal for the remainder of his case.

**IT IS SO ORDERED** in Ocala, Florida, on April 10, 2025.

Copies furnished to:
Counsel of Record

PHILIP R. LAMMENS
United States Magistrate Judge